# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT OF FLORIDA
## FEDERAL DIVISION

|  |  |
|---|---|
| JOHNSON MACHINGURA | ) Case No. _____ |
| *Plaintiff(s)* | ) *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| US BANK TRUST NATIONAL ASSOCIATION | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

# COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | JOHNSON MACHINGURA |
   | Street Address | 419 NINA RD NE |
   | City and County | PALM BAY, BREVARD |
   | State and Zip Code | FLORIDA 32907 |
   | Telephone Number | 321-984-2415 |
   | E-mail Address | jmachingura@cfl.rr.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | US BANK TRUST NATIONAL ASSOCIATION |
| Job or Title *(if known)* | UNKNOWN |
| Street Address | C/O ATTORNEY NAZISH ZAHEER SHAH 499 NW 70TH AVE STE 309 |
| City and County | PLANTATION, BROWARD |
| State and Zip Code | FLORIDA 33317 |
| Telephone Number | 954-564-0071 |
| E-mail Address *(if known)* | nshah@dallegal.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question           [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

THE PLAINTIFF FEELS THAT HE IS BEING SUED ILLEGALLY BECAUSE HE STATES THAT HE NEVER SIGNED A

MORTGAGE AGREEMENT WITH THE DEFENDANT

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* JOHNSON MACHINGURA, is a citizen of the State of *(name)* FLORIDA.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* US BANK TRUST NATIONAL ASSOCIATION, is incorporated under the laws of the State of *(name)* FLORIDA, and has its principal place of business in the State of *(name)* FLORIDA.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* FLORIDA.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

THE PLAINTIFF HAS ENDURED MUCH PAIN AND SUFFERING DUE TO THIS FRAUDULENT MORTGAGE CLAIM AND

IS IN JEOPARDY OF LOSING HIS HOME

THEREFORE, THE PLAINTIFF IS SUING THE DEFENDANT FOR THE SUM OF $10,000,000.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendant is responsible for damages resulting from years of stress, all stemming from a foreclosure action filed in 2022. Since that time, the Plaintiff has been harassed, threatened, and intimated. This relates to the Plaintiff's reputation, health, shame, humiliation, intimidation, embarrassment, and mental/emotional distress.

The Plaintiff contends that the Defendant committed mortgage fraud, mail fraud, wire fraud, and insurance fraud. The Plaintiff also believes that his civil and constitutional rights have been violated.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff is asking the Court for $10,000,000 from the Defendant for emotional and mental distress arising from the foreclosure action filed by the Defendant, The Plaintiff is also asking that the Defendant be responsible for court costs, fines, and case preparation costs incurred by the Plaintiff related to this action

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11th April, 2025

Signature of Plaintiff

Printed Name of Plaintiff   JOHNSON MACHINGURA

### B.  For Attorneys

Date of signing: _____

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address