UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHNSON MACHINGURA,

    Plaintiff,

v.     Case No: 6:25-cv-846-JSS-RMN

US BANK TRUST NATIONAL
ASSOCIATION,

    Defendant.
_____/

## ORDER

On October 14, 2025, the court dismissed the pro se complaint (Dkt. 1) without prejudice and allowed Plaintiff to file an amended complaint on or before November 14, 2025. (Dkt. 18.) Plaintiff has not filed an amended complaint or requested an extension of time to do so, and the deadline for amending expired on November 14, 2025. Consequently, the order dismissing the complaint has become a final judgment. *See Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 720 (11th Cir. 2020) ("[A]n order dismissing a complaint with leave to amend within a specified time becomes a final judgment if the time allowed for amendment expires without the plaintiff seeking an extension.").

Accordingly:

1. This case is **DISMISSED without prejudice**.

2. The Clerk is **DIRECTED** to enter judgment accordingly, to terminate any pending motions and deadlines, and to close this case.

- 2 -

**ORDERED** in Orlando, Florida, on November 25, 2025.

                                                     /s/ Julie S. Sneed
                                                     JULIE S. SNEED
                                                     UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties
Counsel of Record